LAW OFFICES OF
## Anthony M. Solis
A PROFESSIONAL LAW CORPORATION
23679 CALABASAS ROAD
SUITE 412
CALABASAS, CALIFORNIA 91302
TELEPHONE: 213-489-5880
FACSIMILE: 213-489-5923
E-MAIL: anthonysolislaw@gmail.com

**MEMO ENDORSED**

October 8, 2021

Hon. Laura Taylor Swain
Chief United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cohen, et al.;* Case No. 21-cr-444 (LTS)

Dear Chief Judge Swain:

I, along with Bradley D. Simon, represent the defendant Yosef Cohen. I have communicated with: (1) AUSA Micah Fergenson for the government; (2) Edward Sapone, who represents defendant #2, Vahe Tergalstanyan (counsel Perini and Feder are filing motions to withdraw); and, (3) Jeffrey Pittell, who represents defendant #3, Igal Ben Hanan. Each counsel agrees that the status conference currently set for October 22, 2021 should be adjourned to a date in December. It is suggested that the status conference be held telephonically any time of the day on December 14, 15 or 16, 2021.

Request is made on behalf of each defendant to waive time under the Speedy Trial Act to and including the date of the next status conference, provided it is one of the dates set forth above.

Thank you for your attention to this matter.

Sincerely,
Anthony M. Solis,
A Professional Law Corporation

Anthony M. Solis /s/

---

The foregoing adjournment request is granted. The pre-trial conference is hereby rescheduled to December 9, 2021 at 12:30 pm. The Court finds, pursuant to 18 USC section 3161(h)(7)(A), that the ends of justice served by an exclusion of the time from today's date through December 9, 2021, outweigh the best interests of the public and the defendant in a speedy trial. Docket entry no. 36 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ    October 14, 2021