LAW OFFICES OF

**ANTHONY M. SOLIS**

A PROFESSIONAL LAW CORPORATION

23679 CALABASAS ROAD

SUITE 412

CALABASAS, CALIFORNIA 91302

TELEPHONE: 213-489-5880

FACSIMILE:  213-489-5923

E-MAIL: anthonysolislaw@gmail.com

January 26, 2022

Hon. Laura Taylor Swain
Chief United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     *United States v. Cohen, et al.;* Case No. 21-cr-444 (LTS)

Dear Chief Judge Swain:

    I, along with Bradley D. Simon, represent the defendant Yosef Cohen. I have communicated with: (1) AUSA Micah Fergenson for the government; (2) Edward Sapone, who represents defendant #2, Vahe Tergalstanyan; and, (3) Jeffrey Pittell, who represents defendant #3, Igal Ben Hanan. Each counsel agrees that the status conference currently set for February 7, 2022 should be adjourned to a date in March. It is suggested that the status conference be held telephonically any time of the day on March 3, 4, 2022. If it is better with the Court, we could also hold the conference the following week, March 7, 8, 9 or 10, 2022. Each defendant is on bond.

    Request is made on behalf of each defendant to waive time under the Speedy Trial Act to and including the date of the next status conference, provided it is one of the dates set forth above.

    Thank you for your attention to this matter.

The foregoing adjournment request is granted. The pre-trial conference is hereby adjourned to March 3, 2022, at 2:30 pm. The Court finds, pursuant to 18 USC section 3161(h)(7)(A), that the ends of justice served by an exclusion of time from today's date through March 3, 2022, outweigh the best interests of the public and the defendants in a speedy trial in order to afford further time for advice and discussions. Docket entry no. 51 is resolved. SO ORDERED.
1/26/2022 /s/ Laura Taylor Swain, Chief USDJ

Sincerely,
Anthony M. Solis,
A Professional Law Corporation

Anthony M. Solis /s/