Bradley Simon
Partner

bsimon@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

February 25, 2022

VIA ECF
The Honorable Laura Taylor Swain
Chief United States District Judge
500 Pearl Street
New York, NY 10007

<u>**MEMO ENDORSED**</u>

Re: *United States v. Yosef Cohen*
**Criminal Docket NO: 21-cr 444 (LTS)**

Dear Chief Judge Swain:

I, along with Anthony Solis, Esq., represent defendant Yosef Cohen in the above captioned case.

Mr. Cohen is planning on flying to New York to meet with me and Mr. Solis in my office in New York on Monday, February 28th. He plans to return to Los Angeles on Wednesday, March 2nd. While in New York, Mr. Cohen would like to visit his parents at their home in Demarest, New Jersey. Mr. Cohen's Pre-trial Officer, Ashley Cosme has no objection to Mr. Cohen's request nor does Assistant U.S. Attorney Micah Fergenson.

Accordingly, we respectfully request that Mr. Cohen's bail conditions be temporarily modified to allow him to travel to New Jersey.

The foregoing temporary modification request is granted subject to the conditions stated above. DE 61 is resolved.
SO ORDERED.
2/25/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

Bradley D. Simon