UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                       No.   21-CR-444-LTS

YOSEF COHEN et al,

        Defendants.

-------------------------------------------------------x

## ORDER

The parties are directed to meet and confer regarding any anticipated pretrial motions in this case.  By May 24, 2022, the parties shall file a joint letter which either proposes a motions deadline, or confirms that there will be no pretrial motions.

      SO ORDERED.

Dated: New York, New York
       May 13, 2022

                                                                               /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                       Chief United States District Judge