```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| United States<br><br>    -v-<br><br>Yosef Cohen,<br><br>        Defendant. | 21-cv-444-001 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a motion from defendant Yosef Cohen seeking relief under 18 U.S.C. 3582(c)(1)(A)(i) and 28 U.S.C. § 2255. At defendant's request, the motion will be filed under seal, subject to the Court's later reconsideration.

The Government is hereby ordered to respond to defendant's motion no later than December 1, 2025.

SO ORDERED.

New York, NY
October 31, 2025

JED S. RAKOFF, U.S.D.J.

1