UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States<br><br> -v-<br><br>Yosef Cohen,<br><br> Defendant. | |

21-cr-444-001 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a motion from defendant Yosef Cohen seeking relief under 18 U.S.C. § 3582(c)(1)(A)(i) and 28 U.S.C. § 2255. Pursuant to this Court's October 31, 2025, Order, the Government has responded to the motion. If the defendant wishes to respond, he may do so by no later than December 22, 2025.

SO ORDERED.

New York, NY
December 3, 2025

JED S. RAKOFF, U.S.D.J.

1